UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI KID INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAHZAD IRANI, et al.,<br><br>Defendants. | Case No.  15-cv-05731-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 3, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | 90 days from date of  ADR stipulation |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | April 15, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | November 1, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 3, 2016<br>Rebuttal: October 17, 2016 |
| EXPERT DISCOVERY CUTOFF: | November 1, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | December 13, 2016 [Filed by 11/8/16] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, February 10, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 17, 2017 |
| PRETRIAL CONFERENCE: | Friday, February 24, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 13, 2017 at 8:30 a.m. for 5 to 7 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1    Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2    and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3    hearing on Friday, February 10, 2017 at 9:01 a.m. is intended to confirm that counsel have

4    reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The

5    compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,

6    California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the

7    parties shall file a one-page JOINT STATEMENT confirming they have complied with this

8    requirement or explaining their failure to comply.  If compliance is complete, the parties need not

9    appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be

10   allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may

11   result in sanctions.

12          The parties must comply with both the Court's Standing Order in Civil Cases and Standing

13   Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

14   Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

15          **IT IS SO ORDERED.**

16   Dated: April 21, 2016

17          _____

18          YVONNE GONZALEZ ROGERS
            United States District Court Judge

19

20

21

22

23

24

25

26

27

28