```
 1  Dawn Newton, Cal. State Bar. No. 209002
    dnewton@donahue.com
 2  Eric A. Handler, Cal. State Bar No. 224637
    ehandler@donahue.com
 3  Padmini Cheruvu, Cal. State Bar No. 301292
    pcheruvu@donahue.com
 4  DONAHUE FITZGERALD LLP
    Attorneys at Law
 5  1999 Harrison Street, 25th Floor
    Oakland, California 94612-3520
 6  Telephone:    (510) 451-3300
    Facsimile:    (510) 451-1527
 7
    Attorneys for Plaintiffs Safari Kid, Inc.
 8  and Safari Kid Franchising LLC

 9  Mary R. Robberson, Bar No. 190641
    maryrobberson@higgslaw.com
10  HIGGS FLETCHER & MACK LLP
    401 West "A" Street, Suite 2600
11  San Diego, CA  92101-7913
    Telephone:    619.236.1551
12  Facsimile:    619.696.1410

13  Attorneys for Defendants Mahzad Irani,
    Feradoon Irani, and Ness Enterprise, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFARI KID, INC., a California corporation, and SAFARI KID FRANCHISING, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MAHZAD IRANI, an individual, FERADOON IRANI, an individual, and NESS ENTERPRISE, LLC, a California limited liability company, and DOES 1-5,<br><br>Defendants. | Case No. 15-cv-05731-YGR<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL**<br><br>Courtroom:  1, 4th Floor<br>Judge:        Yvonne Gonzales Rogers |

STIPULATION OF DISMISSAL                                      CASE NO 15-CV-05731-YGR

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Safari Kid, Inc. and Safari Kid Franchising, LLC and defendants Mahzad Irani, Feradoon Irani, and Ness Enterprise, LLC, through their attorneys of record in the above-captioned action (the "**Action**"), hereby stipulate that the Action shall be dismissed with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 29, 2016        DONAHUE FITZGERALD LLP

By: _____
Eric A. Handler
Attorneys for Plaintiffs Safari Kid, Inc. and
Safari Kid Franchising LLC

Dated: August 8, 2016        HIGGS FLETCHER & MACK LLP

By: _____
Mary R. Robberson
Attorneys for Defendants Mahzad Irani,
Feradoon Irani, and Ness Enterprise, LLC

Dated: September 29, 2016

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA